UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HECTOR ARCIGA,<br><br>   Petitioner,<br><br> v.<br><br>CHARLES W. CALLAHAN (Warden),<br><br>   Respondent. | No. LA CV 18-08308-VBF-KS<br><br>ORDER<br><br>Adopting Report & Recommendation:<br>Dismissing the Habeas Petition<br>With Prejudice as Untimely<br><br>Directing Entry of Final Judgment and<br>Terminating the Case (JS-6) |

  The Magistrate Judge issued a Report and Recommendation ("R&R") on March 26, 2019. *See* CM/ECF Document ("Doc") 17. Petitioner has not objected within the time allotted by Local Rule 72-3.4, and Fed. R. Civ. P. 72(b)(3) requires de novo review only of those parts of an R&R to which a party has timely objected. *See Khan v. Langford*, 2018 WL 1271204, *1 (C.D. Cal. Mar. 8, 2018) (citations omitted). But Advisory Committee Notes to Fed. R. Civ. P. 72(b) recommend that when no timely objection is filed, the Court should review the R&R "for clear error on the face of the record." *Juarez*, 2016 WL 2908238 at *2 (cite omitted); *accord Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc);

-1-

*Benitez v. Parmer*, 654 F. App'x 502, 503 (2d Cir. 2016) (citing, *inter alia*, Adv. Comm. Notes to 1983 Am. of Fed. R. Civ. P. 72(b)).

The Court has reviewed the habeas petition (Doc 1); respondent's motion to dismiss the petition and supporting documents (Docs 10-11); petitioner's opposition brief (Doc 14); respondent's reply (Doc 15); and the applicable law. The Court finds no defect of law, fact, or logic in the R&R. Accordingly, the Court will accept the Magistrate Judge's findings and conclusions and implement her recommendation.

ORDER

The Report and Recommendation **[Doc # 17] is ADOPTED.**

Respondent's motion to dismiss **[Doc #10] is GRANTED.**

The petition for a writ of habeas corpus **[Doc # 1] is DISMISSED with prejudice as untimely.**

Final judgment will be entered consistent with this Order. As required by Fed. R. Civ. P. 58(a), final judgment will be entered as a separate document.

The Court will also rule on a certificate of appealability by separate order.

**The case SHALL BE TERMINATED and closed (JS-6).**

IT IS SO ORDERED.

Dated: May 8, 2019

_Valerie Baker Fairbank_
Honorable Valerie Baker Fairbank
Senior United States District Judge