JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| HECTOR ARCIGA,<br><br>        Petitioner,<br><br>   v.<br><br>CHARLES W. CALLAHAN (Warden),<br><br>        Respondent. | No. LA CV 18-08308-VBF-KS<br><br>FINAL JUDGMENT |

**Final judgment is hereby entered in favor of respondent and against petitioner Hector Arciga.** IT IS SO ADJUDGED.

Dated: May 8, 2019

*Valerie Baker Fairbank*
_____
Honorable Valerie Baker Fairbank
Senior United States District Judge